

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2021

No. 04-16-00559-CR

Stanley Foster **BAKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

This court's opinion in this appeal issued on March 21, 2018. After the Texas Court of Criminal Appeals refused appellant's petition for discretionary review, this court's mandate issued on October 15, 2018. Appellant has filed a pro se motion requesting a copy of the reporter's record for purposes of filing a post-conviction writ of habeas corpus. This court has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. art. 11.07; *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. art. 11.07. In order to obtain a free copy of the record, appellant would need to file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Appellant's motion is DENIED without prejudice to seeking relief in the proper court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court